# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2018

SEAN F. McAVOY, CLERK

DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protectiona and Advocacy Systems, )
*Plaintiff* )
v. )
YAKIMA COUNTY, and Ed Campbell in his official capacity as Director of the Yakima County Department of Corrections, )
*Defendant*

Civil Action No. 1:18-CV-3237-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered for Plaintiff's previously incurred attorneys' fees and costs and future claims for attorneys' fees and costs. Defendant shall pay Plaintiff $100,000.00 for the costs and fees incurred by Plaintiff through December 19, 2018. Defendant shall pay Plaintiff $20,000.00 annually for Plaintiff's attorneys' fees and costs for the three-year period beginning on December 19, 2018, subject to the parties' Settlement Agreement at ECF No. 3-2.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on the parties' stipulated motion ECF No. 2.

Date: December 21, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer